ALLAN BERG, Appellant, v. YVONNE S. BERG, Respondent.—

548

No opinion.   Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.